# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

## APPEAL NO. 24-10099

GEORGE CLARK,
**Appellant**

v.

EBEN ALEXANDER, et al.,
**Appellees**

## ON APPEAL FROM THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION
## DC DOCKET NO. 1:22-CV-01306-MHC

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT FOR APPELLEES DR. EBEN ALEXANDER III, SIMON & SCHUSTER, LLC, AMAZON.COM, INC., AND PROMETHEUS ENTERTAINMENT

**DAVIS WRIGHT TREMAINE LLP**

Elizabeth McNamara
John M. Browning
Celyra Myers
1251 Avenue of the Americas, 21st Floor
New York, NY 10020-1104
Telephone: (212) 603-6410
elizabethmcnamara@dwt.com
jackbrowning@dwt.com
celyramyers@dwt.com

*Attorneys for Appellees Dr. Eben Alexander III, Simon & Schuster, LLC, Amazon.com, Inc., and Prometheus Entertainment*

# CERTIFICATE OF INTERESTED PERSONS

Appellees Dr. Eben Alexander III, Simon & Schuster, LLC, Amazon.com, Inc., and Prometheus Entertainment submit this list, which includes all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this matter, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party:

1. Alexander III, Dr. Eben

2. Amazon.com, Inc. (NYSE: AMZN)

3. Browning, John (Appellate and trial counsel for Dr. Eben Alexander III, Simon & Schuster, LLC, Amazon.com, Inc., and Prometheus Entertainment)

4. Cohen, Mark H., (U.S. District Court Judge)

5. KKR & Co, Inc. (NYSE: KKR)

6. McNamara, Elizabeth (Appellate and trial counsel for Dr. Eben Alexander III, Simon & Schuster, LLC, Amazon.com, Inc., and Prometheus Entertainment)

7. Myers, Celyra (Appellate and trial counsel for Dr. Eben Alexander III, Simon & Schuster, LLC, Amazon.com, Inc., and Prometheus Entertainment)

8. Davis Wright Tremaine, LLP

9. Prometheus Entertainment

10. Simon & Schuster, LLC

# CORPORATE DISCLOSURE STATEMENT

Defendant Amazon.com, Inc. hereby states that it has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Prometheus Entertainment hereby states that it has no parent corporation, and no publicly held corporations owns 10% or more of its stock

Simon & Schuster, LLC is indirectly wholly-owned by (i) certain of its and its affiliates' directors, officers and employees and (ii) certain investment vehicles advised by Kohlberg Kravis Roberts & Co. L.P., an indirect subsidiary of KKR & Co. Inc. (NYSE: KKR).  No publicly traded organization has economic ownership of 10% or more of Simon & Schuster, LLC.

Respectfully submitted this 8th day of February, 2024.

**DAVIS WRIGHT TREMAINE LLP**

*/s/ John M. Browning*

Elizabeth A. McNamara
John M. Browning
Celyra I. Myers
1251 6th Avenue, 21st Floor
New York, New York 10020
Telephone: (212) 603-6410
Facsimile: (212) 379-5237
jackbrowning@dwt.com
lizmcnamara@dwt.com
celyramyers@dwt.com

*Clark v. Alexander, et al.* **No. 24-10099**

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on February 8, 2024, I served the foregoing via overnight mail on Appellant at the below address:

George Lee Clark

227 Camp Creek Road

Lilburn, GA 30047

                                          */s/ John M. Browning*
                                          John M. Browning